**SAO**
FENNEMORE CRAIG, P.C.
Christopher H. Byrd, Esq. (Bar No. 1633)
Courtney Miller O'Mara, Esq. (Bar No. 10683)
300 South Fourth Street 14th Floor
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
       comara@fclaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHIEN YU LEE, an individual; GEORGE L.B.Y., INC., a Nevada Corporation; GEORGE L.B.Y. 2 INC., a Nevada Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> KEN AOKI, an individual; KA ENTERPRISES, LLC, a Nevada Limited Liability Company; JKRC, LLC, a Nevada Limited Liability Company; DOES DEFENDANTS 1 through 10; and ROE ENTITIES 1 THROUGH 10 <br><br> Defendants. | Case No.: 2:16-cv-01201-RFB-GWF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(THIRD REQUEST)** |

KEN AOKI, an individual; KA ENTERPRISES, LLC, a Nevada Limited Liability Company; JKRC, LLC, a Nevada Limited Liability Company (hereinafter "Defendants") by and through their undersigned counsel of record Christopher H. Byrd, Esq. of Fennemore Craig, P.C. and CHIEN YU LEE, an individual; GEORGE L.B.Y., INC., a Nevada Corporation; and GEORGE L.B.Y. 2 INC., a Nevada Corporation (hereinafter "Plaintiffs"), by and through their undersigned counsel of record R. Duane Frizell, Esq. and Jonathan C. Callister, Esq. of Callister Frizell and being parties to the above entitled lawsuit, hereby stipulate and agree as follows:

WHEREAS, on June 6, 2016 the parties stipulated that all Defendants would have up to and including July 6, 2016, to answer or otherwise plead to Plaintiffs' Complaint [Doc. 10];

WHEREAS, on June 30, 2016 the parties stipulated a second time that all Defendants would have up to and including July 27, 2016, to answer or otherwise plead to Plaintiffs' Complaint [Doc. 11]; and

WHEREAS, the parties continue to finalize a settlement that would resolve this case; and

WHEREAS, the parties agree that this stipulation is entered into in good faith, and not for the purposes of delay; and

WHEREAS, pursuant to Local Rule ("LR") 6-1, LR 6-2, LR 7-1, the parties state that this is the third request to extend the time in which Defendants must respond to Plaintiff's Complaint.

NOW, THEREFORE, it is hereby STIPULATED by Plaintiffs and Defendants that all Defendants shall have up to and including August 26, 2016 to answer or otherwise plead to Plaintiff's Complaint.

| DATED this 25th day of July, 2016. | DATED this 25th day of July, 2016. |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **CALLISTER & FRIZELL** |
| /s/Christopher H. Byrd, Esq. | /s/ R. Duane Frizell, Esq. |
| Christopher H. Byrd, Esq. (Bar No. 1633)<br>Courtney Miller O'Mara, Esq. (Bar No. 10683)<br>300 South Fourth Street 14th Floor<br>Las Vegas, Nevada 89101<br>Telephone: (702) 692-8000<br>Facsimile: (702) 692-8099<br>Email: cbyrd@fclaw.com<br>        comara@fclaw.com<br>*Attorneys for Defendants* | R. Duane Frizell, Esq. (Bar No. 9807)<br>Jonathan C. Callister, Esq. (Bar No. 8011)<br>8275 S. Eastern Ave. Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 657-6000<br>Facsimile: (702) 657-0065<br>E-mail: dfrizell@callisterfrizell.com<br>        jcallister@callisterfrizell.com<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2016


# CERTIFICATE OF SERVICE

On July 25, 2016, I served the following document(s):

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (THIRD REQUEST)

I served the above-named document(s) by the following means to the persons as listed below:

[X]   **By ECF System** (or the "Notice of Electronic Filing" to all addressees):

| |
|---|
| R. Duane Frizell, Esq. (Bar No. 9807)<br>Jonathan C. Callister, Esq. (Bar No.8011)<br>Callister & Frizell<br>8275 S. Eastern Ave. Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 657-6000<br>E-mail: dfrizell@callisterfrizell.com<br>        jcallister@callisterfrizell.com<br>*Attorneys for Plaintiffs* |

[ ]   **By U.S. Mail**, postage fully prepared to persons and addresses as follows:

[ ]   **By Personal Service** (to persons and addresses):

[ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]   For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   **By Direct Email** (as opposed to through the ECF system (list persons and email addresses). Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **By Facsimile Transmission:** (list persons and fax numbers): Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ]   **By Messenger:** I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

                              /s/ Trista Day
                              An Employee of Fennemore Craig, P.C.