```
SODW
FENNEMORE CRAIG, P.C.
Christopher H. Byrd, Esq. (Bar No. 1633)
Courtney Miller O'Mara, Esq. (Bar No. 10683)
300 South Fourth Street 14th Floor
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
       comara@fclaw.com
Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHIEN YU LEE, an individual; GEORGE L.B.Y., INC., a Nevada Corporation; GEORGE L.B.Y. 2 INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KEN AOKI, an individual; KA ENTERPRISES, LLC, a Nevada Limited Liability Company; JKRC, LLC, a Nevada Limited Liability Company; DOES DEFENDANTS 1 through 10; and ROE ENTITIES 1 THROUGH 10<br><br>Defendants. | Case No.: 2:16-cv-01201<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

KEN AOKI, an individual; KA ENTERPRISES, LLC, a Nevada Limited Liability Company; JKRC, LLC, a Nevada Limited Liability Company (hereinafter "Defendants") by and through their undersigned counsel of record Christopher H. Byrd, Esq. of Fennemore Craig, P.C. and CHIEN YU LEE, an individual; GEORGE L.B.Y., INC., a Nevada Corporation; and GEORGE L.B.Y. 2 INC., a Nevada Corporation (hereinafter "Plaintiffs"), by and through their undersigned counsel of record R. Duane Frizell, Esq. and Jonathan C. Callister, Esq. of Callister Frizell and being parties to the above entitled lawsuit, hereby stipulate and agree as follows:

/ / /

IT IS HEREBY STIPULATED AND AGREED that the above entitled action, including all claims, counterclaims and third party claims, shall be dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

DATED this __10__ day of August, 2016.

**FENNEMORE CRAIG, P.C.**

_____
Christopher H. Byrd, Esq. (Bar No. 1633)
Courtney Miller O'Mara, Esq. (Bar No. 10683)
300 South Fourth Street 14th Floor
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
       comara@fclaw.com
*Attorneys for Defendants*

DATED this __10__ day of August, 2016.

**CALLISTER & FRIZELL**

by: _____
R. Duane Frizell, Esq. (Bar No. 9807)
Jonathan C. Callister, Esq. (Bar No. 8011)
8275 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
Telephone: (702) 657-6000
Facsimile: (702) 657-0065
E-mail: dfrizell@callisterfrizell.com
        jcallister@callisterfrizell.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: __August 12, 2016__

Respectfully submitted by:

**FENNEMORE CRAIG, P.C.**

_____
Christopher H. Byrd, Esq. (Bar No. 1633)
Courtney Miller O'Mara, Esq. (Bar No. 10683)
300 South Fourth Street 14th Floor
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: cbyrd@fclaw.com
       comara@fclaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

R. Duane Frizell, Esq. (Bar No. 9807)
Jonathan C. Callister, Esq. (Bar No.8011)
Callister & Frizell
8275 S. Eastern Ave. Suite 200
Las Vegas, NV 89123
Telephone: (702) 657-6000
Facsimile: (702) 657-0065
E-mail: dfrizell@callisterfrizell.com
        jcallister@callisterfrizell.com
*Attorneys for Plaintiffs*

/s/Trista Day
An employee of Fennemore Craig, P.C.

C.L

FENNEMORE CRAIG
LAS VEGAS

TDAY/11703625.1/029427.0003          3